UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HARLAN ISKE,<br><br>　　　　　　Plaintiff<br><br>　　v.<br><br>BAILY,<br><br>　　　　　　Defendant | Case No. 3:19-cv-00761-MMD-CLB<br><br>ORDER |

**I.　DISCUSSION**

Plaintiff seeks an extension of time to file his first amended complaint due to testing positive for COVID-19 and being housed in the infirmary. (ECF No. 8 at 2). The Court grants the motion for extension of time. Plaintiff will file his first amended complaint on or before Friday, February 26, 2021. If Plaintiff fails to file a timely first amended complaint, this case will be subject to dismissal with prejudice for failure to state a claim. (*See* ECF No. 6 at 7).

**II.　CONCLUSION**

For the foregoing reasons, it is ordered that the motion for extension of time (ECF No. 8) is granted.

It is further ordered that Plaintiff will file his first amended complaint on or before Friday, February 26, 2021.

It is further ordered that, if Plaintiff fails to timely file his first amended complaint, this case will be subject to dismissal with prejudice for failure to state a claim.

DATED THIS  26th day of January 2021.

_____
UNITED STATES MAGISTRATE JUDGE